**No. 62324.**—R. H. Macy & Co., Inc. *v.* United States, protests 50673–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62325.**—Stoffel & Co., Inc. *v.* United States, protests 164355–K and 161408–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62326.**—Gerli & Co., Inc. *v.* United States, protest 161335–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of *United States* v. *C. M. Gourdon, Inc.* (43 C. C. P. A. 4, C. A. D. 601), the claim of the plaintiff was sustained.

**No. 62327.**—Metasco, Inc. *v.* United States, protest 155586–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

See Abstract 622363 for protest 306018–K, decided on August 29, 1958.